UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

THE REFUGE, )
A HEALING PLACE, )
   a Florida Limited Liability Company, )
)
   Plaintiff, )
) Civil Action No. 3:15-cv-1429-J-25PDB
v. )
)
THE REFUGE GROUP, INC. )
   A Florida corporation, ) JURY TRIAL REQUESTED
)
   Defendant. )
)
)

## COMPLAINT

Plaintiff, The Refuge, A Healing Place, LLC (hereinafter referred to as "Refuge HP") by and through its undersigned attorneys, hereby brings this action The Refuge Group, Inc. (hereinafter referred to as " The Refuge Group") and states as follows:

### NATURE OF ACTION

1. This is an action against The Refuge Group for trademark infringement and unfair competition under the Trademark Act of 1946, as amended (the Lanham Act, 15 U.S.C. §§1051 et seq.), Section 495.131 of the Florida Statutes, and Florida common law.

### JURISDICTION AND VENUE

2. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because there exists a federal question arising under the laws of the United States, including the Lanham Act, 28 U.S.C. § 1338(b), claims of unfair competition joined by substantial and related claims under the trademark laws of the United States. This court has supplemental jurisdiction

1

pursuant to 28 U.S.C. § 1367 for claims arising under state law and the common law of the state of Florida with regard to the state trademark infringement claim.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the acts or omissions giving rise to The Refuge HP's claims occurred in this District.

4. Upon information and belief, the conduct of The Refuge Group that is the subject of this action has at all times material to this Complaint occurred, and is continuing to occur, in this District.

**PARTIES**

5. Refuge HP is a limited liability company organized under the laws of the State of Florida with a corporate address at: 830 Crescent Centre Drive, Suite 610, Franklin, Tennessee 37067. Refuge HP has continuously conducted business in Florida since at least March 21, 2003.

6. The Refuge Group is a corporation organized under the laws of the State of Florida with a corporate address at: 1015 Atlantic Boulevard, #432, Atlantic Beach, Florida 32233.

**BACKGROUND**

7. Refuge HP, itself and through its predecessor, has been continuously using the marks THE REFUGE™ and THE REFUGE A HEALING PLACE™ ("Refuge Marks") since at least as early as 2003 in connection with a treatment center that offers a range of services and treatment programs for trauma, mood disorders and addictions, including without limit, PTSD, chemical dependency, substance abuse, and other conditions, coupled with psychological counselling. Refuge HP draws clients, patients, and customers from multiple states and Central and Northern Florida, including the greater Jacksonville area.

2

8. Refuge HP uses a person centered care model focusing on the physical, spiritual and emotion healing through client-centered care using a combination of addiction treatment cognitive behavior therapy, 12-step recovering and holistic modalities and approaches. The program also uses education, group and individual counseling, behavior management and peer support to introduce and reinforce abstinence and move the patient into a productive lifestyle. Refuge HP uses a long term experimental treatment program.

9. Refuge HP has developed strong common law trademark rights in the Refuge Marks THE REFUGE™ and THE REFUGE A HEALING PLACE™, and the public has come to associate the Refuge Marks THE REFUGE™ and THE REFUGE A HEALING PLACE™ with Refuge HP's programs, facilities and services.

10. In addition, Refuge HP is the owner of Florida state trademark registrations for the trademarks: THE REFUGE™ (Reg. No. T15000000037), THE REFUGE A HEALING PLACE™ (Reg. No. T15000000038), and THE REFUGE A HEALING PLACE design (Reg. No. T15000000039) being used in connection with "chemical dependency and substance abuse treatment services [and] psychological counseling," under international class 44 for medical services; veterinary services; hygienic and beauty care for human beings or animals; and agriculture, horticulture, and forestry services ("includes both references to the Refuge Marks, the common law trademark rights and registered trademarks"). True and correct copies of the above registrations are attached hereto as Exhibit "A." The trademarks have been in continuous use in this District since at least July 31, 2003. A copy of the Refuge Marks as used in commerce is attached hereto as Exhibit "B."

11. Refuge HP has spent a considerable amount of resources, time and effort marketing and promoting the Refuge Marks in the treatment and counseling market in Central

3

and Northern Florida, including the greater Jacksonville area, as well as on a national level. As a result of Refuge HP's extensive use of the Refuge Marks, Refuge HP has built up considerable recognition and goodwill throughout the state in the Refuge Marks.

12. The Refuge Marks have garnered statewide recognition with the consuming public, and the public understands that the Refuge Marks identify goods and services produced by or otherwise associated or affiliated with Refuge HP.

13. Defendant, The Refuge Group is a sober-living program providing services in Central and Northern Florida including the greater Jacksonville area. After Refuge HP's adoption and continuous of the Refuge Marks, The Refuge Group began using and is continuing to the use the name THE REFUGE GROUP in its advertising for transitional residential housing, work-therapy, relapse prevention, spiritual growth, as well as life-skills coaching. A copy of The Refuge Group's advertising showing its use of the infringing trademark is depicted in Exhibit "C."

14. The Refuge Group's services are geared toward consumers who most likely would have completed treatment at a facility similar to Refuge HP. In essence, it is highly likely that consumers would confuse the services provided by Refuge HP and The Refuge Group as being provided by a single source or in an affiliated relationship. The confusion is exacerbated by the fact that both Refuge Group HP and The Refuge Group advertise and target consumers in the same geographic locations, including Central and Northern Florida and the greater Jacksonville area.

15. The Refuge Group's use of the name THE REFUGE GROUP is confusingly similar to, and likely to cause confusion with, the Refuge Marks, and thus, infringes Refuge HP's common law and Florida trademark rights in the Refuge Marks.

16. Refuge HP has repeatedly communicated to The Refuge Group its concerns about the confusion and infringement by The Refuge Group of Refuge HPs trademark rights including letters in February 2014, March 2015, August 2015 and October 2015. The Refuge Group has not formally responded or agreed to change its name or cease using the trademark rights of Refuge HP despite repeated contact and requests.

## COUNT I

### Trademark Infringement, False Designation of Origin, Passing Off, and Unfair Competition under 15 U.S.C. §1125(a)(1)(A) of the Lanham Act

17. Refuge HP realleges all of the allegations set forth hereinabove.

18. Refuge HP is the owner of the Refuge Marks, as set forth herein, which have become uniquely associated with and now identify Refuge HP throughout Florida, and particularly in Central and Northern Florida, including the greater Jacksonville area and the nation.

19. Refuge HP has continuously used the Refuge Marks since 2003.

20. Defendant, The Refuge Group is using the name THE REFUGE GROUP in connection with the sale, offering for sale, distribution or advertising of its services in a manner likely to cause confusion or mistake, or to cause mistake or to deceive, customers as to the affiliation, connection, or association of The Refuge Group with Refuge HP or as to the origin, sponsorship or approval of The Refuge Group's services, and thus constitutes trademark infringement, false designation of origin, passing off and unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

21. The Refuge Group, in connection with offering its services to the public, has intentionally held itself out to be affiliated with Refuge HP through its use of the name THE REFUGE GROUP which is confusingly similar to the Refuge Marks.

22. The Refuge Group offers services that are the same or related to the services of Refuge HP. The Refuge Group's use in interstate commerce of the name THE REFUGE GROUP, which is confusingly similar to the Refuge Marks, is a deliberate and willful attempt to trade upon Refuge HP's reputation and business goodwill and constitutes unfair competition. All of this is likely to lead the public to believe that there is some affiliation, connection or association between The Refuge Group and Refuge HP or as to origin, sponsorship, or approval of The Refuge Group's services or commercial activities by Refuge HP when, in fact, no such affiliation or connection exists.

23. The Refuge Group's acts were without license or consent of Refuge HP.

24. Refuge HP has been damaged by The Refuge Group's improper actions, as set forth above, and will continue to be damaged by such actions unless they are so restrained.

## COUNT II

### Violation of Section 495. 131 Florida Statutes (Trademark Infringement)

25. Refuge HP realleges all of the allegations set forth hereinabove.

26. Refuge HP owns State of Florida Trademark Registrations: THE REFUGE™ (Reg. No. T15000000037), THE REFUGE A HEALING PLACE™ (Reg. No. T15000000038), and THE REFUGE A HEALING PLACE™ design (Reg. No. T15000000039) used in connection with chemical dependency and substance abuse treatment services and psychological counseling.

27. Refuge HP has prior and exclusive rights to use the mark THE REFUGE™ in the State of Florida in respect to programs of its type and substance abuse treatment services and counseling.

28. The Refuge Group, without the consent of Refuge HP, has used, and continues to use in the advertising of services, the confusingly similar name THE REFUGE GROUP in connection with services that are the same or related to those offered by Refuge HP. Advertising of both parties operate and overlap in the same geographic region and city and is used to draw in the same customers.

29. Refuge HP and The Refuge Group offer the same, or nearly the same, services in the same market, namely Central and Northern Florida, including the greater Jacksonville area.

30. Refuge HP has been, and will be irreparably damaged by The Refuge Group's misappropriation and use of a confusingly similar trademark or name. Consumers are likely to be induced into dealing with The Refuge Group in the mistaken belief that The Refuge Group's services, which have been advertised, promoted, solicited, sold or offered for sale in connection with Refuge HP's Refuge Marks, are authorized, endorsed, sponsored by or otherwise approved by Refuge HP.

31. The Refuge Group is causing and will continue to cause irreparably injury to Refuge HP's goodwill in violation of Florida trademark law, Chapter 495 §131. Refuge HP therefore is entitled to injunctive relief, damages and costs, as well as, if appropriate, enhanced damages and reasonable attorney's fees.

## COUNT III

### Trademark Infringement Pursuant to Florida Common Law

32. Refuge HP realleges all of the allegations set forth hereinabove.

33. The Refuge Group, without the consent of Refuge HP, has used in commerce, in the same market, namely Central and Northern Florida, including the greater Jacksonville area,

the confusingly similar name THE REFUGE GROUP in connection with services that are the same or related to those offered by Refuge HP.

34. The Refuge Group's unlawful use of the confusingly similar name THE REFUGE GROUP in connection with the sale, offering for sale, distribution or advertising of its services in a manner likely to cause confusion or mistake, or to cause mistake or to deceive, customers as to the affiliation, connection, or association of The Refuge Group with Refuge HP or as to the origin, sponsorship or approval of The Refuge Group's services, and, thus, constitutes trademark infringement under Florida common law.

35. Refuge HP has been damaged by The Refuge Group's improper actions, as set forth above, and will continue to be damaged by such actions unless they are so restrained.

**PRAYER AS TO ALL COUNTS**

**WHEREFORE,** Refuge HP prays that the Court enter a judgment finding:

A. That The Refuge Group is infringing on the trademark rights of Refuge HP;

B. That Refuge Group, its agent, servants, employees, representatives, privies, successors and assigns and all persons acting in concert, participation or combination with any of them, be temporarily, preliminarily, and permanently enjoined from all acts of trademark infringement and unfair competition including:

    i. Advertising, promoting, offering for sale, selling, or distributing in any manner any addiction, treatment, mood disorder or other related programs or services bearing the name "The Refuge Group" and/or making any use of such mark or name which is confusingly similar to Refuge HP's Marks;

    ii. Cease using the name The Refuge Group and select a new name not including the term Refuge or like or similar names;

iii. Representing or suggesting in any fashion to any third party that The Refuge Group's services are affiliated with, sponsored by, or otherwise connected with Refuge HP;

iv. Doing any other acts calculated or likely to cause confusion or mistake in the mind of the public or to lead consumers into the belief that The Refuge Group's services are authorized, sponsored, licensed, endorsed, promoted or condoned by Refuge HP, or are otherwise affiliated with or connected to Refuge HP; and

v. Otherwise competing unfairly with Refuge HP.

C. That Refuge Group be required to pay to Refuge HP damages in a sum to be determined at trial, and to account for all gains, profits and advantages derived by The Refuge Group;

D. That Refuge HP be awarded damages, reasonable attorneys' fees, and all taxable court costs of this action; and

E. Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Dated December 1, 2015.

Respectfully submitted,

GRAYROBINSON, P.A.

R. Troy Smith
Florida Bar No.: 484519
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Phone: (904) 598-9929
Facsimile: (904) 598-9109
Primary E-mail:
troy.smith@gray-robinson.com
Secondary E-mail:
sally.gaddy@gray-robinson.com

Thomas C. McThenia, Jr.
Florida Bar No.: 917141
720 S.W. 2nd Avenue, Suite 106
Gainesville, FL 32601
Phone (352) 375-6400
Facsimile (352) 376-6484
Primary E-mail:
tom.mcthenia@gray-robinson.com
Secondary E-Mail:
donna.spencer@gray-robinson.com

Debra Deardourff Faulk
Florida Bar No.: 634425
401 E. Jackson Street., Suite 2700
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145
Primary E-mail:
debra.faulk@gray-robinson.com

ATTORNEYS FOR PLAINTIFF