COPY

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| THE REFUGE, A HEALING PLACE, a Florida limited liability company, | ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* <br> v. <br> THE REFUGE GROUP, INC., a Florida corporation <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> )   Civil Action No. 3:15-CV-1429-J-25PDB <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    THE REFUGE GROUP, INC.
c/o Jeffrey M. Browne, Registered Agent
1301 Indian Woods Drive
Neptune Beach, FL  32266


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Troy Smith, Esquire
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL  32202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 12/1/2015                                    _____
*Signature of Clerk or Deputy Clerk*


COPY